UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TARIK J. CALVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | |
| WALTER HARRINGTON, *et al.*, ) | 3:19-cv-2294-G (BT) |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 22, 2021. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED**.

March 11, 2021.

_____
A. JOE FISH
Senior United States District Judge